UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRENDA COLON,

                              Plaintiff,                           **24 Civ. No. 1988 (PAE)**

        -against-                                      **PRE-SETTLEMENT
CONFERENCE ORDER**

TWENTY WEST PARTNERS, INC., *et al.*,

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, October 1, 2024 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 335 721 068#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference in **December 2024.**

       SO ORDERED.

DATED:    New York, New York
               September 6, 2024

                                                               */s/ Gary Stein*
                                                             The Honorable Gary Stein
                                                             United States Magistrate Judge