```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    24cv1988 (DLC)
BRENDA COLON,                            :
                                         :         ORDER
                            Plaintiff,   :
                                         :
                -v-                      :
                                         :
TWENTY WEST PARTNERS, INC., et al.,      :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Plaintiff Brenda Colon brought this action against defendants Twenty West Partners, Inc., Kathryn M. Paul, and Christopher A. Ortiz ("Ortiz"). Ortiz did not respond to the complaint, his time to do so having expired on October 29. Plaintiff did not thereafter move for entry of a default judgment against Ortiz.

On January 7, 2025, plaintiff, defendant Twenty West Partners, Inc., and defendant Paul submitted their consent for this case to be referred to a magistrate judge pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. This case could not be referred to a magistrate judge at that time because Ortiz remained a party and had not indicated his consent.

An Order of January 8 instructed that the plaintiff could show cause by January 15 as to why the claims against Ortiz

should not be dismissed, and stated that if no showing were made, the plaintiff's claims against Ortiz would be dismissed and the case would be referred to the magistrate judge. The plaintiff has not made any such showing. Accordingly, it is hereby

ORDERED that the plaintiff's claims against Ortiz are dismissed with prejudice.

IT IS FURTHER ORDERED that this case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgement in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Dated:   New York, New York
         January 16, 2025

                              _____
                                    DENISE COTE
                              United States District Judge